IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| WOODS, et al. | : | 02-4513 |
| CONCIALDI | : | 02-4598 |
| BANTUG, et al. | : | 02-4831 |
| BROEDLOW, et al. | : | 02-4892 |
| BAYER, et al. | : | 02-4910 |
| ELZEY, et al. | : | 02-4973 |
| FAKHIMI, et al. | : | 02-5004 |
| GREENSTEIN, et al. | : | 02-5071 |
| GRANT, et al. | : | 02-5097 |
| HARRIS, et al. | : | 02-5116 |
| VASQUEZ, et al. | : | 02-5192 |
| TOOMBS | : | 02-5224 |
| MUGA | : | 02-5259 |
| ZWELLING, et al. | : | 02-5285 |
| MCCARTHY | : | 02-5382 |
| OSBORNE | : | 02-5403 |
| SCHWARTZ | : | 02-5464 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

        **AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]   -   Order staying these proceedings pending disposition of a related action.

    [   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [   ]   -   Interlocutory appeal filed.

    [ X ]   -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Clifford Scott Green, Judge**